ORIGINAL

DAVID M. LOUIE            2162
Attorney General of Hawai'i

WILLIAM J. WYNHOFF        2558
Deputy Attorney General
REBECCA E. QUINN          8663
Deputy Attorney General
Department of the Attorney General
465 S. King Street, Suite 300
Honolulu, Hawai'i 96813
Tel. (808) 587-2993
E mail: bill.j.wynhoff@hawaii.gov

Attorneys for Loretta J. Fuddy,
 Director of Health, State of Hawai'i

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2012

at 11 o'clock and 46 min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATASHA N. JACKSON, JANIN KLEID, and GARY BRADLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEIL S. ABERCROMBIE, Governor, State of Hawai'i, and LORETTA J. FUDDY, Director of Health, State of Hawai'i,<br><br>    Defendants. | CIVIL NO. 11-00734 ACK KSC<br><br>(CONSTITUTIONALITY OF STATE STATUTE)<br><br>LORETTA J. FUDDY, DIRECTOR OF HEALTH, STATE OF HAWAI'I'S ANSWER TO FIRST AMENDED COMPLAINT<br><br>CERTIFICATE OF SERVICE |

LORETTA J. FUDDY, DIRECTOR OF HEALTH, STATE OF HAWAI'I'S
ANSWER TO FIRST AMENDED COMPLAINT

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

1. LORETTA J. FUDDY, Director of Health, State of Hawai'i ("Fuddy") is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraphs 1 - 4 of the first amended complaint.

2. Fuddy admits the allegations in paragraph 5 of the first amended complaint.

3. For answer to paragraph 6 of the first amended complaint, Fuddy admits that she is sued in her capacity as the Director of the Department of Health. The authority, responsibilities, and duties of that office are as stated in Hawai'i law.

4. Fuddy denies the allegations in paragraph 7 of the first amended complaint.

5. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraphs 8 and 9 of the first amended complaint.

6. For answer to paragraph 10 of the first amended complaint, Fuddy admits that Bradley and his male partner cannot be issued a marriage license by the State under existing Hawai'i law.

7. Fuddy denies the allegations in paragraphs 11 and 12 of the first amended complaint.

8. For answer to paragraph 13 of the first amended complaint, Fuddy admits that to the extent the court has jurisdiction, venue is proper.

9. For answer to paragraph 14 of the first amended complaint,

Fuddy admits that persons who are lesbian or gay have been the subject of discrimination by private actors and have been denied State recognition of marriage to each other. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the remaining allegations in the paragraph.

    10. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraph 15 of the first amended complaint.

    11. For answer to the allegations in paragraphs 16 - 33 of the first amended complaint, Fuddy states that the proceedings in <u>Baehr v. Lewin</u> speak for themselves and denies that the proceedings are fully or accurately summarized in the first amended complaint. The provisions of the "Reciprocal Beneficiaries Act" and the "marriage amendment" speak for themselves.

    12. Fuddy neither admits nor denies the allegations in paragraph 34 of the first amended complaint because they are statements of opinion rather than statements of fact or law.

    13. For answer to paragraph 35 of the first amended complaint, Fuddy admits that post-<u>Baehr v. Miike</u> some jurisdictions have allowed same sex couples to marry.

    14. For answer to paragraphs 36 - 38 of the first amended complaint, Fuddy states that the laws of the referenced

jurisdictions speak for themselves.

15. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraph 39 of the first amended complaint.

16. For answer to paragraphs 40 - 53 of the first amended complaint, Fuddy states that the proceedings in the referenced cases speak for themselves.

17. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraph 54 of the first amended complaint.

18. Fuddy denies the allegations in paragraph 55 of the first amended complaint.

19. For answer to paragraph 56 of the first amended complaint, Fuddy admits that a civil unions law was enacted and became effective on January 1, 2012.

20. Fuddy denies the allegations in paragraphs 57 and 58 of the first amended complaint.

21. For answer to paragraph 59 of the first amended complaint, Fuddy admits that denial of State recognition of same sex marriage does not violate the Hawai'i State Constitution.

22. Fuddy denies the allegations in paragraph 60 of the first amended complaint.

23. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations

in paragraphs 61 - 67 of the first amended complaint.

24. Fuddy denies the allegations in paragraphs 68 and 69 of the first amended complaint.

25. For answer to paragraphs 70 and 71 of the first amended complaint, Fuddy states that the provisions of the civil unions law speak for themselves.

26. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraph 72 of the first amended complaint.

27. Fuddy denies the allegations in paragraphs 73 and 74 of the first amended complaint.

28. For answer to paragraph 75 of the first amended complaint, Fuddy states that the provisions of the civil unions law speak for themselves.

29. Fuddy neither admits nor denies the allegations in paragraph 76 and 77 of the first amended complaint because they are statements of opinion rather than statements of fact or law.

30. Fuddy denies the allegations in paragraph 78 of the first amended complaint.

31. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraphs 79 - 84 of the first amended complaint.

32. For answer to paragraphs 85 and 86 of the first amended complaint, Fuddy states that the referenced documents

speak for themselves.

33. Fuddy is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations in paragraphs 87 - 89 of the first amended complaint.

34. For answer to paragraphs 90 - 93, Fuddy states that referenced constitutional provisions and law speak for themselves.

35. For answer to paragraph 94 of the first amended complaint, Fuddy incorporates her responses to the referenced paragraphs.

36. For answer to paragraph 95 of the first amended complaint, Fuddy denies that plaintiffs have a fundamental right to have their relationship recognized as a marriage by the State.  The cases referenced in the paragraph speak for themselves.

37. Fuddy denies the allegations in paragraphs 96 - 99 of the first amended complaint.

38. For answer to paragraph 100 of the first amended complaint, Fuddy incorporates her responses to the referenced paragraphs.

39. For answer to paragraphs 101 and 102 of the first amended complaint, Fuddy states that the provisions of the referenced law speak for themselves.

40. Fuddy denies the allegations in paragraphs 103 and 104

of the first amended complaint.

41.   For answer to paragraph 105 of the first amended complaint, Fuddy incorporates her responses to the referenced paragraphs.

42.   Fuddy denies the allegations in paragraphs 106 and 107 of the first amended complaint.

43.   Fuddy denies any allegations not specifically addressed above.

THIRD DEFENSE

Plaintiffs' claims are barred by sovereign immunity, qualified immunity, the 11th Amendment to the United States Constitution, and "our federalism."

FOURTH DEFENSE

The matters alleged are not suitable for declaratory relief because there is no actual controversy.

FIFTH DEFENSE

This court lacks subject matter jurisdiction over the matters alleged.

SIXTH DEFENSE

Plaintiffs lack standing.

SEVENTH DEFENSE

Plaintiffs' claims are not ripe, present a political question, or are otherwise not justiciable.

WHEREFORE, Fuddy requests that the complaint be dismissed with prejudice and that she be awarded costs and such other relief as this court deems appropriate.

DATED: Honolulu, Hawai'i, February 21, 2012.

                                              DAVID M. LOUIE
                                              Attorney General
                                              State of Hawai'i

                                              WILLIAM J. WYNHOFF
                                              REBECCA E. QUINN
                                              Deputy Attorneys General

                                              Attorneys for Loretta J.
                                              Fuddy, Director of
                                              the Department of Health,
                                              State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATASHA N. JACKSON, JANIN KLEID, and GARY BRADLEY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NEIL S. ABERCROMBIE, Governor, State of Hawai'i, and LORETTA J. FUDDY, Director of Health, State of Hawai'i,<br><br>    Defendants. | CIVIL NO. 11-00734 ACK KSC<br><br>(CONSTITUTIONALITY OF STATE STATUTE)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following persons by U.S. mail at the address shown by mail on February 21, 2012:

    JOHN D'AMATO, ESQ.
    JOHN T. MALONEY, JR., ESQ.,
    WILLIAM LEE
    D'Amato & Maloney, LLP
    900 Fort Street Mall, Suite 1680
    Honolulu, Hawai'i  96813

    HARVEY E. HENDERSON, JR., ESQ.
    GIRARD D. LAU, ESQ.
    425 Queen Street
    Honolulu, Hawai'i  96813

2

DATED:  Honolulu, Hawai'i, February 21, 2012.

                                                    _____
WILLIAM J. WYNHOFF
Deputy Attorney General

Attorney for Loretta J.
Fuddy, Director of
the Department of Health,
State of Hawai'i